

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00134-CR

| | | |
|---|---|---|
| Jacob Galen Everett | § | From the 371st District Court |
| | § | of Tarrant County (1363213D) |
| v. | § | January 14, 2016 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to vacate the conviction and sentence for aggravated robbery and to reflect only the conviction and sentence for capital murder. We further modify the trial court's capital-murder judgment to delete the statement that the capital-murder sentence will run concurrently with the aggravated-robbery sentence. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel